DANIEL J. BRODERICK, #89424
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ADOLFO GASTELUM-VALDENEGRO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:10-cr-0397 OWW |
| Plaintiff, ) | STIPULATION TO ADVANCE STATUS CONFERENCE HEARING; ORDER |
| v. ) | |
| ADOLFO GASTELUM-VALDENEGRO, ) | Date: November 1, 2010 |
| Defendant. ) | Time: 9:00 a.m. |
| ) | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Susan Phan, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Adolfo Gastelum-Valdenegro, that the hearing currently set for November 15, 2010 at 9:00 a.m., **may be advanced and rescheduled to November 1, 2010 at 9:00 a.m.**

The parties have entered into a plea agreement and have agreed to set the matter for a change of plea on November 1, 2010.  The requested advancement will conserve time and resources for both counsel and the court.

///

///

///

///

BENJAMIN B. WAGNER
United States Attorney

Dated: October 26, 2010                          /s/ Susan Phan
                                                 SUSAN PHAN
                                                 Assistant United States Attorney
                                                 Attorney for Plaintiff


                                                 DANIEL J. BRODERICK
                                                 Federal Defender


Dated: October 26, 2010                          /s/ Peggy Sasso
                                                 PEGGY SASSO
                                                 Assistant Federal Defender
                                                 Attorney for Defendant
                                                 ADOLFO GASTELUM-VALDENEGRO


IT IS SO ORDERED.

**Dated:    October 26, 2010**                       **/s/ Oliver W. Wanger**
                                                 UNITED STATES DISTRICT JUDGE

GASTELUM-VALDENEGRO: Stipulation to Advance Status
Conference Hearing; Order                         −2−